IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MISSOURI & NORTHERN ARKANSAS
RAILROAD COMPANY, INC.                                          PLAINTIFF

v.                              No. 1:10-cv-8-DPM

ENTERGY ARKANSAS, INC.                                          DEFENDANT

ORDER

For the reasons stated on the record in the 30 November 2011 telephone hearing: Entergy's first objection to MNA's deposition designations of Todd Bradberry, *Document No. 66 at 3*, is overruled in part and sustained in part; and Entergy's remaining objections to those designations, *Document No. 66 at 4-5*, are overruled.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 December 2011