IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MISSOURI & NORTHERN ARKANSAS
RAILROAD COMPANY, INC.                                                          PLAINTIFF

v.                                       No. 1:10-cv-8–DPM

ENTERGY ARKANSAS, INC.                                                          DEFENDANT

### AMENDED JUDGMENT

The Court amends its Judgment, № 126. Missouri & Northern Arkansas Railroad Company, Inc., shall have Judgment against Entergy Arkansas, Inc., for $541,818.07. This total includes:

1.  $268,233.29    - Leal-related amount previously awarded

2.      $429.91    - Interest at .18% from 6 November 2012 until 27 September 2013 on the original Judgment for the Leal-related amount

3.    $6,814.74    - Allowed costs

4.  $118,331.25    - Prejudgment interest from 30 June 2005 until 6 November 2012

5.  $148,008.88    - Reasonable attorney's fees

    $541,818.07    Total

This Amended Judgment shall accrue interest at .18% per annum from today until paid in full. 28 U.S.C. § 1961(a)-(b).

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 September 2013